No. 02–5507.  BERTHEL *v.* NEW HAMPSHIRE.  C. A. 1st Cir. Certiorari denied.

No. 02–5508.  ADAMS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–5509.  SHANNON *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 02–5511.  MYRICK *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–5512.  MORGAN *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 02–5513.  VERBLE *v.* DEPARTMENT OF DEFENSE ET AL. C. A. 9th Cir.  Certiorari denied.

No. 02–5515.  BYRD *v.* WALLS.  C. A. 7th Cir.  Certiorari denied.

No. 02–5516.  BAKER *v.* BROWNING.  C. A. 9th Cir.  Certiorari denied.

No. 02–5517.  ARCENEAUX *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 02–5519.  BEALL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–5520.  MASSIAS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–5521.  YOUNG *v.* PATRICK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–5522.  COZZOLINO *v.* FEDERAL BUREAU OF INVESTIGATION ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–5523.  CAIN *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 02–5524.  ESTRADA *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.